**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Kara Spitler
Probation Officer: Lisa Pence
Interpreter: Susanna Cahill

Date: April 17, 2009

Criminal Action No.: 08-cr-00262-JLK-1

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| Plaintiff, | |
| v. | |
| 1.   ADRIAN CASTILLO-VALENZUELA, | Ronald Gainor |
| Defendant. | |

**SENTENCING MINUTES**

**3:57 p.m.     Court in session.**

Court calls case.  Defendant present in custody.  Counsel present.

Interpreter sworn.

**Change of Plea Hearing:   August 25, 2009.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

**ORDERED:   Government's Motion Pursuant To 18 U.S.C.§3553(e) And §5K1.1 For
Downward Departure Based On Substantial Assistance (Filed
4/13/09; Doc. No. 173) is GRANTED.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

*08-cr-00262-JLK-1*
*Sentencing*
*April 17, 2009*

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

### IMPRISONMENT:
Defendant is sentenced as to Count One to a term of imprisonment of **time served**.

### SUPERVISED RELEASE:
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

### Conditions of supervised release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

### Special conditions of supervised releasetion:
- (X) Defendant, if not deported, shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant, if deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

### FINE:
No fine is imposed because the defendant has no ability to pay a fine.

### SPECIAL ASSESSMENT FEE:
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

*08-cr-00262-JLK-1*
*Sentencing*
*April 17, 2009*

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:11 m.**   **Court in recess.**
Hearing.
Total in-court time: 14 minutes.